# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA BRYANS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York corporation; CHASE HOME FINANCE, a Delaware limited liability company; NADAR QSAR, an individual; and DOES 1 through 250, inclusive;<br><br>　　　　Defendants. | Case No. SACV09-100 CJC (RNBx)<br><br>The Honorable Cormac J. Carney<br>Courtroom 9B<br><br>**[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE<br><br><br>Complaint Filed:  December 16, 2008 |

　　GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN ITS ENTIRETY, IS DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: October 06, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　Central District of California